IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-00899-BO

ROBERT MCGUINN AND PENNY MCGUINN )
      Plaintiff[s], )
)
v. )
) NOTICE OF APPEARANCE
UNITED STATES OF AMERICA, )
)
      Defendant. )
)

Please enter the appearance of the following attorney on behalf of Defendant in the above-captioned matter:

Cindy M. Hurt
Trial Attorney
U.S. Department of Justice
Virginia Bar No. 86826
E-mail: Cindy.M.Hurt@usdoj.gov
Telephone: (202) 718-8160
Fax: (202) 616-4473

Street Address:
175 N Street NE, Ste. 11.218
Washington, DC 20002

U.S. Mail Address:[1]
P.O. Box 340, Ben Franklin Station
Washington, DC 20044

DATED this 18th day of July, 2023.

Respectfully submitted,

---

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All materials should be sent via private delivery service to the street address above.

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section

*/s/ Cindy M. Hurt*
Cindy M. Hurt
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: Cindy.M.Hurt@usdoj.gov
Telephone: (202) 718-8160
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2023, a copy of the foregoing Notice of Appearance was filed via the Court's ECF system and served on counsel of record through the ECF system.

                                      */s/ Cindy M. Hurt*
                                      Cindy M. Hurt